JACKSON LEWIS LLP
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960-6834
(973) 538-6890
ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JORGE JUSTIANO<br>343 East Butler Ave<br>Vineland, NJ 08360<br><br>       Plaintiff,<br>v.<br><br>G4S SECURE SOLUTIONS, INC. f/k/a<br>WACKENHUT CORPORATION<br>1395 University Boulevard<br>Jupiter, Florida 33458<br><br>       Defendant. | Hon. Jerome B. Simandle, U.S.D.J.<br>Hon. Joel Schneider, U.S.M.J.<br><br>Civil Action No.: 1:12-cv-01050-JBS-JS<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff, Jorge Justiniano ("Plaintiff"), and Defendant, G4S Secure Solutions, Inc., f/k/a Wackenhut Corporation ("Defendant"), through their undersigned counsel, who are authorized to enter this stipulation, that Plaintiff's above action is dismissed in its entirety with prejudice and without costs or attorneys' fees.

| | |
|---|---|
| SWARTZ SWIDLER LLC<br>1878 Marlton Pike East<br>Society Hill Office Park, Suite 10<br>Cherry Hill, NJ 08003<br>(856) 685-7420<br><br>By: _____<br>    Manali Arora, Esq.<br>    Attorneys for Plaintiff<br><br>Dated: October 7, 2013<br>4813-9492-8661, v. 1 | JACKSON LEWIS LLP<br>220 Headquarters Plaza<br>East Tower, 7th Floor<br>Morristown, NJ 07960-6834<br>(973) 538-6890<br><br>By: _____<br>    John K. Bennett, Esq.<br>    Leslie A. Saint, Esq.<br>    Attorney for Defendant<br>Dated: October 14, 2013 |

So Ordered this 16th day of Oct., 2013

_____
Jerome B. Simandle, Chief U.S. District Judge